## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**KEN ENJEH**
**VS.**

**CIVIL ACTION NO. 26-1417 – P**

**JUDGE JERRY EDWARDS, JR.**

**WARDEN RICHWOOD CORRECTIONAL**
**CENTER, ET AL.**

**MAG. JUDGE KAYLA D. MCCLUSKY**

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Ken Enjeh's petition for habeas corpus is **GRANTED**: Respondents, and the Warden of Richwood Correctional Center, shall (A) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary and (B) notify Petitioner's counsel of the exact location and time of her release no less than two hours before her release.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any possible or anticipated removal or transfer of Petitioner under this present detention is **PROHIBITED**.[1] Respondents shall, within **24 hours** after Petitioner's release, file a status report confirming her release.

ALEXANDRIA, LOUISIANA, this 29th day of June, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] In other words, it is the intent of the Court that Petitioner shall not be released only to be immediately taken back into custody. The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.